UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                              :

UNITED STATES OF AMERICA,        :

        - against -                 :

                                     :      24-CR-429-1 (VSB)

LEROI BOUCHE,                          :

                                     :                **ORDER**

                         Defendant.   :

-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        On April 16, 2025, I issued an order setting a briefing schedule on Defendant's motion to dismiss Count Three of the Indictment. (*See* Doc. 19.) Pursuant to that order, Defendant's motion was due on April 21, 2025, and any Government opposition to the motion was due May 5, 2025. (*Id.*) To date, the Government has not responded to Defendant's timely filed motion. Accordingly, it is hereby:

        ORDERED that the Government shall file any opposition no later than May 28, 2025. If the Government has not submitted an opposition to the motion by that date, I will consider briefing on the motion to be complete.

SO ORDERED.

Dated: May 21, 2025
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge