UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
   - against -  :
: 24-CR-429-1 (VSB)
LEROI BOUCHE,  :
: **ORDER**
Defendant.  :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

Trial in the above-captioned case is scheduled to begin on November 3, 2025 at 10:00 a.m.

IT IS HEREBY ORDERED that any pretrial motions, including motions in limine, are due on or before September 26, 2025, with responses due on or before October 3, 2025.

IT IS FURTHER ORDERED that the parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on or before October 20, 2025.  In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on October 28, 2025 at 2:00 p.m.

SO ORDERED.

Dated:   August 8, 2025
         New York, New York

                                                                    *[signature]*
                                                                    Vernon S. Broderick
                                                                    United States District Judge