## STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240

---

> I recommend that, to the extent possible, the Bureau of Prison accommodate Mr. Bouche with a single cell with no other prisoner. The Government shall communicate this recommendation to the BOP and the parties shall provide a joint status update advising me of whether the BOP has accommodated this recommendation by October 31, 2025.
>
> SO ORDERED: 10/2/2025
>
> /s/ Vernon Broderick
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE

**BY ECF**

Honorable Vernon Broderick  
United States District Court  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square,  
New York, NY 10007

**Re: United States vs. Leroi Bouche, 24 Cr. 429 (VB)**

Dear Judge Broderick,

    I am writing as directed to request that Your Honor endorse this letter to indicate that you recommend that the Bureau of Prison try to accommodate Mr. Bouche with a single cell with other no other prisoner to the extent possible, to take into consideration his medical diagnosis.

                                  Very truly yours,  
                                    s/ James Roth