STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007
(212) 619-4240

December 16, 2025

**BY ECF**

Honorable Vernon Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** _____
**VERNON S. BRODERICK**
**U.S.D.J.**  12/17/2025

The court is on trial the week of March 9th; therefore, the sentencing scheduled for January 14, 2026 is hereby adjourned to March 24, 2026 at 11:00 AM.

**Re: United States vs. Leroi Bouche, 24 Cr. 429 (VB)**

Dear Judge Broderick,

   I write to request an adjournment of the January 14, 2026 sentencing date in this case to a date convenient with the Court the week of March 9, 2026 or later .The additional time sought is to permit the defense to gather materials pertinent to the proceeding .This is the first request for an adjournment and is with the consent of the Government .

Very truly yours,
s/ James Roth