STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007
(212) 619-4240

February 25, 2026

**BY ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, NY 10007

**Re: United States vs. Leroi Bouche, 24 Cr. 429 (VSB)**

Dear Judge Broderick,

   I write with the consent of the Government to request an adjournment of the March 24, 2026 sentencing date in this case to a date convenient with the Court the first week of June. The additional time sought is to permit Mr. Bouche to matriculate in the Forward Focus Program at MDC. This is the second request for an adjournment of the sentence proceeding.

Very truly yours,
s/ James Roth

The sentencing in this case is adjourned from March 24, 2026 at 11 am to June 2, 2026 at 11:00 am.

SO ORDERED:

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE  2/26/2026